UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* FERRARA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NOVO NORDISK, INC., *et al.*, <br><br> Defendants. | Civil Action No. 11-0074 (RBW) <br><br> **FILED UNDER SEAL** |

**THE UNITED STATES' NOTICE OF INTERVENTION
IN PART AND DECLINATION IN PART**

The United States, Relators, and Defendant Novo Nordisk, Inc. have reached a settlement agreement to resolve this action. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part and decline in part for the purposes of settlement.

Specifically, the United States intervenes in this action as to the Covered Conduct as that term is defined in Paragraph K of the Settlement Agreement, to the extent that the Third Amended Complaint contains such claims. The United States declines intervention as to all other claims asserted on behalf of the United States in this action.

Under the terms and conditions of the Settlement Agreement among the parties, the United States and Relators will file a Notice of Dismissal following the payment of the settlement amount by Novo Nordisk, Inc. In light of the Settlement Agreement among the parties, the United States does not presently intend to file a complaint in intervention but reserves

the right to seek leave to file such a complaint in the event that Novo Nordisk, Inc. does not pay the full settlement amount consistent with the terms of the Settlement Agreement.

DATED: July 26, 2017               Respectfully submitted,

                                   CHAD A. READLER
                                   Acting Assistant Attorney General

                                   CHANNING D. PHILLIPS
                                   United States Attorney for the District of Columbia

                                   DANIEL F. VAN HORN
                                   Chief, Civil Division

                            By:   _____
                                   DARRELL C. VALDEZ (D.C. Bar No. 420232)
                                   Assistant United States Attorney
                                   U.S. Attorney's Office for the District of Columbia
                                   555 4th Street, NW
                                   Washington, DC 20530
                                   Tel: 202.252.2507
                                   Fax: 202.252.2599
                                   Darrell.Valdez@usdoj.gov


                                   MICHAEL D. GRANSTON (D.C. Bar No. 446258)
                                   JAMIE ANN YAVELBERG (D.C. Bar No. 445473)
                                   WILLIAM E. OLSON (D.C. Bar No. 480087)
                                   Attorneys, Civil Division
                                   Commercial Litigation Branch
                                   P.O. Box 261, Ben Franklin Station
                                   Washington, D.C. 20044
                                   Tel: 202.305.3905

                                   Counsel for the United States of America

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July 2017, a true and correct copy of the above and foregoing was mailed by first-class mail to:

Ann Lugbill, Esq.
Murphy Anderson PLLC
2406 Auburn Avenue
Cincinnati, OH 45219

Mark Hanna, Esq.
Murphy Anderson, PLLC
1701 K Street, N.W., Suite 210
Washington, DC 20006

Greg T. Kinskey
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548

Lawrence J. Carcare II
Deputy Attorney General
Medicaid Fraud Control Unit
Office of Indiana Attorney General Greg Zoeller
8005 Castleway Drive
Indianapolis, Indiana 46250

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, Defendants have not been served with a copy of the foregoing Notice.

Darrell C. Valdez
Assistant United States Attorney